UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANN RYLEE MCLEOD, | : | |
| | : | |
| **Plaintiff,** | : | |
| V. | : | CASE NO.: 20-CV-00595-JB-MU |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| AUSTIN WADE WELCH, | : | |
| JOHN GREGORY SKIPPER, | : | |
| SCOTT RAY FONDREN, | : | |
| RAYLENE BUSBY, | : | |
| BEAU BARTEL | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

COMES NOW Defendant Raylene Busby and hereby gives notice that they have served on counsel the following discovery responses:

1. Defendant Raylene Busby's Responses to Plaintiff's First Discovery Request.

                                    Respectfully submitted,

                                    s/K. Paul Carbo, Jr
                                    K. PAUL CARBO, JR. (CARBK8014)
                                    paul.carbo@atchisonlaw.com
                                    ***Attorney for Defendant Raylene Busby***

THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, AL  36693
(251) 665-7200

## CERTIFICATE OF SERVICE

      I hereby certify on this 13th day of August 2021 that I have filed the foregoing using the CM/ECF system, which will electronically notify the following of such filing:

                                              s/K. Paul Carbo, Jr  
                                              K. PAUL CARBO, JR.