# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANN RYLEE McLEOD,** | : |
| | : |
|    **Plaintiff,** | : |
| | : |
| **v.** | :     **CA NO.:  1:20-cv-00595** |
| | : |
| **UNITED STATES OF AMERICA, and** | : |
| **AUSTIN WADE WELCH, JOHN GREGORY** | : |
| **SKIPPER, SCOTT RAY FONDREN,** | : |
| **RAYLENE BUSBY, BEAU BARTEL,** | : |
| In their individual capacities, | : |
| | : |
|    **Defendant.** | : |

## PLAINTIFF'S NOTICE OF FILING

The Plaintiff, Ann Rylee McLeod, gives notice that she filed the following exhibit:

1. Proposed Protective Order

Respectfully Submitted this 15th day of September, 2021.

                                        */s/Arthur J. Madden, III*
                                        Arthur J. Madden, III (MADDA0656)
                                        Madden & Soto
                                        465 Dauphin St.
                                        Mobile, AL 36602
                                        251/432-0380
                                        251/433-5964 (fax)
                                        ajmadden@maddenandsoto.com

                                        */s/Henry Brewster*
                                        Henry Brewster (BREWH7737)
                                        HENRY BREWSTER, LLC
                                        205 N Conception Street
                                        Mobile, Alabama 36603
                                        251-338-0630
                                        hbrewster@brewsterlaw.net

                                        COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2021, the foregoing was filed with CM/ECF which will send notice to all parties.

K. Paul Carbo, Jr.

Michael Mark Linder, Jr.

Elizabeth Barry Parker

Constance Caldwell Walker

*/s/Henry Brewster*