IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN RYLEE MCLEOD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-00595-JB-MU |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the Court on Plaintiff's Motion to Amend Complaint. (Doc. 109). Defendants are **ORDERED** to respond to the Motion not later than **January 3, 2022**. Plaintiff may file a reply not later than **January 10, 2022**. The Motion and related documents will be taken under submission on **January 11, 2022**.

**DONE and ORDERED** this 20th day of December, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE