IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANN RYLEE McLEOD,

    Plaintiff,                                             Case No:  1:20-cv-00595-JB-MU

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

**DEFENDANTS AUSTIN WADE WELCH,
JOHN GREGORY SKIPPER,  AND BEAU BARTEL'S
NOTICE OF MANUAL FILING
OF VIDEOTAPE EXHIBIT
IN SUPPORT OF DEFENDANTS
MOTIONS FOR SUMMARY JUDGMENT**

    COMES NOW, Defendants Austin Wade Welch, John Gregory Skipper, and Beau Bartel, by and through undersigned counsel, and do hereby give notice of the manual filing of Ex. F on a flashdrive by hand delivery to the U.S. District Court Clerk's Office,  in further support of their respective Motions for Summary Judgment.  Ex. F referenced herein is the Videotape identified and marked as Plaintiff's Ex. 14 to the Deposition of Timothy Talbot.

    Additionally, the United States advises that it will be joining and adopting Ex. F in support of its Motion for Summary Judgment.

                                                              Respectfully submitted,

                                                               ***/s/ CHRIST N. COUMANIS***_____
                                                              CHRIST N. COUMANIS (COUMC1593)
                                                              coumanis@c-ylaw.com

                                                              ***/s/ DAVID YORK***_____
                                                              DAVID P. YORK (YORKD2887)
                                                              david@c-ylaw.com

OF COUNSEL:

COUMANIS & YORK, P.C.
Post Office Box 2627
Daphne, Alabama 36526
Tel: (251) 990-3083
Fax: (251) 928-8665

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been furnished via CM/ECF to all interested parties, this 11th day of December 2023 including the following counsel of record:

| | |
|---|---|
| Arthur J. Madden , III<br>ajmadden@maddenandsoto.com | Henry H. Brewster<br>hbrewster@brewsterlaw.net |
| K. Paul Carbo , Jr.<br>paul.carbo@atchisonlaw.com | Michael Mark Linder , Jr.<br>michael.linder@atchisonlaw.com |
| Blake T. Richardson<br>blake.richardson@arlaw.com | Gregg Mayer<br>Gregg.Mayer@usdoj.gov |

                                */s/ CHRIST N. COUMANIS*
                                **CHRIST N. COUMANIS(COUMC1593)**