IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANN RYLEE McLEOD, | ) | |
|        Plaintiff, | ) | |
| v. | ) | 1:20-cv-00595-JB-MU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
|        Defendants. | ) | |

NOTICE OF CONVENTIONAL FILING

Notice is given that the Plaintiff has filed by hand a thumb drive containing exhibits and depositions which are referred to the Plaintiff's responsive briefs. An appendix identifying the materials filed is attached to this notice. All of the material file has previously been provided the parties, and each will be furnished with identical thumb drives containing the materials.

/s/Arthur J. Madden III
Arthur J. Madden, III (MADDA0656)
Attorney for Plaintiff
465 Dauphin St.
Mobile, AL 36602
251/432-0380
ajmadden@maddenandsoto.com

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024 the foregoing was filed in the court through CM/ECF which will send notices and copies to the following:

K. Paul Carbo, Jr.
Michael Mark Linder, Jr.
Constance Walker
Gregg Mayer
Andrew R. Norwood
Lauren Dick
David P. York

Christ N. Coumanis
Suntrease Williams-Maynard
Blake T. Richardson

/s/Arthur J. Madden III
Arthur J. Madden, III