```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA

ANN RYLEE McLEOD                      :
        Plaintiff,                    :
     v.                               :  Case No. 1:20-cv-00595
                                      :
UNITED STATES OF AMERICA, and         :
AUSTIN WADE WELCH,                    :
JOHN GREGORY                          :
SKIPPER, SCOTT RAY FONDREN,           :
RAYLENE BUSBY, BEAU BARTEL,           :
    In their individual               :
capacities,                           :
        Defendants,                   :
```

**APPENDIX TO PLAINTIFF'S RESPONSE
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Ex 2B    Austin Welch (Baldwin County Sheriff's Office) - State Bureau of Investigation interview transcript

Ex 3B    John Skipper (Alabama Department of Corrections) - State Bureau of Investigation interview transcript

Ex 4B    Scott Fondren (Homeland Security Investigations) - State Bureau of Investigation inteview transcript

Ex 5A    Austin Wade Welch (Baldwin County Sheriff's Office) - Internal Affairs interview transcript

Ex 6-1   Premises photo 20191219_135454

Ex 6-2   Premises photo 20191219_13552

EX 6-3   Premises photo 20191219_135604

Ex 6-4   Premises photo 20191219_135609

Ex 6-5   Premises photo 20191219_135638

Ex 6-6   Premises photo

Ex 6-7   Premises photo

Ex 6-8   Premises photo

Ex 7     State Bureau of Investigation photos from scene

| | |
|---|---|
| Ex 8 | State Bureau of Investigation  Trajectory Report |
| Ex 9 | Nick McLeod Arrest Book-In Report 12 18 2019 |
| Ex 10-1 | Alias in CC2018-239.50 May 14 2018 |
| Ex 15 | WPMI-TV files and metadata |
| Ex 15-1 | Jeremiah Cain, WPMI-TV cameraman Declaration |
| Ex 18 | Jason Johnson photo scene |
| Ex 18-1 | Jason Johnson photo scene 2 |
| Ex 20 | Scan Annotation |
| Ex 21 | Scene Scan Auto Walkthrough   located on zip drive |
| Ex 22 | Scene to Go |
| Ex 40 | John Skipper (Alabama Department of Corrections) RFO Feb 7 2023 |
| Ex 41 | John Skipper (Alabama Department of Corrections) supp resp Sept 23 2023 |
| Ex 100 | Mobile County Sheriff's Office Open Records Production |
| Ex 100-1 | Raylene Busby (Mobile County Sheriff's Office) narrative Dec 2019  shooting |
| Ex 100-2 | Mobile County Sheriff's Office jail card |
| Ex 100-3 | Nick McLeod warrant attempt drug poss |
| Ex 100-4 | Nick McLeod warrant tampering |
| Ex 100-5 | Nick McLeod warrant paraphenalia |
| Ex 101 | United States Marshal Service  Memorandum of Understanding with Mobile County Sheriff's Office |
| Ex 104 | Nick McLeod Arrest Histories |
| EX 106-B | Homeland Security Investigations  and United States Marshal Service 10 06 2022 Suppl - Discovery |
| Ex 106-C | Homeland Security Investigations 184 Smith email 12 05 |

```
            2019

Ex 108-1    Gary Wayne Gurley 12 2 2019 arrest

Ex 108-2    Gary Wayne Gurely 12 18 2019 arrest

Ex 108-3    Gary Wayne Gurley serve in jail

Ex 109      Nicholas McLeod  6 25 2019 alias warant  CC-2018-239

Ex 110      Raylene Busby (Mobile County Sheriff's Office) narrative
            June 27 2019

Ex 111      Homeland Security Investigations The Grinch Ops plan

Ex 113      Raylene Busby (Mobile County Sheriff's Office)
            Interrogatory responses

Ex 114      Raylene Busby (Mobile County Sheriff's Office) RFP 2a Wal
            Mart reverse

Ex 115      Nick McLeod Mobile County Sheriff's Office 07.9.19 Arrest
            detail

Ex 117      Rebecca Miller (Mobile County Sheriff's Office) email to
            Smith 12 18 2019

Ex 118      Raylene Busby (Mobile County Sheriff's Office) RFP 8a
            Homeland Security Investigations emails

Ex 120      Lee Hale declaration and exhibits

Ex 123      Welch Supplemental interrog response August 23 2023

Ex 200      United States Marshal Service  SOPs

Ex 204      United States Marshal Service Policy Dir. 8.9 Arrests

Ex 210      Baldwin County Sheriff's Office Memorandum of
            Understanding  with United States Marshal Service

Ex 211      ALDOC United States Marshal Service Memorandum of
            Understanding

Ex 215      USA interrogatory answers

Ex 219-1    Beau Bartel (United States Marshal Service) draft Report
            of Investigation
```

| | |
|---|---|
| Ex 221 | Mark Perry arrest |
| Ex 221-1 | Mark Perry arrest jail card |
| Ex 222 | United States Marshal Service docs Jan. 25 2023 |
| Ex 224 | Mobile County Sheriff's Office Ops plan |
| Ex 230 | Beau Bartel (United States Marshal Service) RFA May 1 2023 |
| Ex 231 | Beau Bartel (United States Marshal Service) Interog answers May 1 |
| Ex 234 | Beau Bartel (United States Marshal Service) ROI |
| Ex 250 | Rebecca Miller emails to Smith 12 18 2019 |
| Ex 251 | Mobile County Sheriff's Office screenshot RWAd |
| EX 257 | Rebecca Miller (Mobile County Sheriff's Office) Email 12 20 2019 to Terri Hall Mobile County Sheriff's Office |
| Ex 261 | Rebecca Miller (Mobile County Sheriff's Office) Emails RFP response 06 20 2023 |
| Ex 262 | Mobile County Sheriff's Office NPS 317-347 McLeod file |
| Ex 274 | Homeland Security Investigations 000154-173  Jan 9 2020 Homeland Security Investigations case closing report |
| Ex 275 | Homeland Security Investigations 000181-191 |
| Ex 276 | Homeland Security Investigations 000112 email 12 6 19 |
| Ex 280 | Matt Chakwin (Homeland Security Investigations) Affidavit |
| Ex 281 | Jonathan Phillips (Homeland Security Investigations) affidavit |
| Ex 288 | Matthew Sullivan - State Bureau of Investigation interview transcript |
| Ex 289 | Wendy Ayer declaration |
| Ex 290 | Walter Ayer declaration |
| Ex 293 | Video of Plaintiff  located on zip drive |

Ex 294   Matthew Sullivan - State Bureau of Investigation statement

**Depositions**

Beau Bartel deposition

Raylene Busby deposition

Scott Fondren deposition

Deidra Greene deposition

Kristen Hurst Gillespie deposition

Marty Irvin deposition

P.J. Lavoie deposition

Jeanettte McKay deposition

Ann Rylee McLeod deposition

Christopher McLeod deposition

Rebecca Miller deposition

John Skipper deposition

Sgt David Smith deposition

Captain Rassie Smith deposition

Dr. Arthur Spiro deposition

Matthew Sullivan deposition

Austin Welch deposition

Lt. Patrick White deposition

/s/Arthur J. Madden, III
Arthur J. Madden, III
(MADDA0656)
Madden & Soto
465 Dauphin St.
Mobile, AL 36602
251/432-0380

               251/433-5964 (fax)
               ajmadden@maddenandsoto.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer has been furnished via CM/ECF to all interested parties, this January 16, 2024.

               /s/Arthur J. Madden, III
               Arthur J. Madden, III
               (MADDA0656)