IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN RYLEE McLEOD, | : |
| Plaintiff, | : |
| v. | :   NO.: 1:20-cv-00595-JB-MU |
| UNITED STATES OF AMERICA, et al., | : |
| Defendants. | : |

PLAINTIFF'S NOTICE OF RE-FILING OF EXHIBITS IN OPPOSTION TO THE DEFENANTS' SUMMARY JUDGMENT MOTIONS

Plaintiff previously conventionally filed video recordings, exhibits and depositions on a thumb drive. (Doc 354 and appendix Doc 354-1)  To clarify the record, Plaintiff gives notice of the re-filing of the document in the Court's CM/ECF system, with the exception of the video exhibits which were previously conventionally filed.

1. The conventionally filed video exhibits are:

Ex. 15 WPMI Video recordings and metadata;
Ex. 21 SBI Scene Scan Walk Through
Ex. 293 USA Hospital Video

2. The Plaintiff's exhibits filed in the ECF/CM system (not under seal) are the following:

Ex. 10-1 Alias in CC2018-239.50 May 14 2018

Ex.15-1 of Jeremiah Cain Declaration WPMI-TV with metadata

Ex. 18 and 18-1 Jason Johnson photographs

Ex.40 Skipper RFP February 7, 2023

Ex. 41 Skipper supplementary response September 23, 2023

Ex.100 MCSO Open Records production

Ex.100-1 Busby December 19, 2019 narrative

Ex. 100-2 MCSO Jail card

Ex.100-3 Nicholas McLeod arrest warrant attempt to possess

Ex. 100-4 Nicholas McLeod arrest warrant tampering with evidence

Ex.100-5 Nicholas McLeod arrest warrant drug paraphernalia

Ex. 109 Nicholas McLeod, June 25, 2019 alias warrant in CC-2018-239

Ex. 110 Busby narrative June 27 2019

Ex.113 Busby Interrogatory responses

Ex. 114 Busby RFP 2a Wal-Mart reverse

Ex. 115 Nicholas McLeod MCSO July 9, 2019 Arrest detail

Ex. 118 Busby RFP 8a

Ex. 120 Lee Hale declaration and attachments

Ex.123 Welch Supplemental Interrogatory answers August 23, 2023

Ex. 230 Beau Bartel RFP May 1, 2023

Ex. 231 Bartel Interrogatory answers May 1, 2023

Ex. 261 Rebecca Miller Emails RFP response June 20, 2023

Ex. 289 Wendy Ayer Declaration

Ex. 290 Walter Ayer Declaration

3. The balance of the Plaintiff's previously filed exhibits are filed under seal per the protective order. Due to CM/ECF size limitations these exhibits are filed in two groups:

*First group*

Ex. 2B Austin Welch - SBI interview transcript

Ex. 3B John Skipper (AL DOC) – SBI interview transcript

Ex. 4B Scott Fondren (HSI) - SBI interview transcript

Ex. 5A Austin Welch – BCSO Internal Affairs interview transcript

Ex. 6-1 Talbot Premises photo

Ex. 6-2 Talbot Premises photo

Ex. 6-3 Talbot Premises photo

Ex. 6-4 Talbot Premises photo

Ex. 6-5 Talbot Premises photo

Ex. 6-6 Talbot Premises photo

Ex. 6-7 Talbot Premises photo

Ex. 6-8 Talbot Premises photo

Ex. 7  State Bureau of Investigation photos from scene

Ex. 8  State Bureau of Investigation Trajectory Report

Ex. 9  Nicholas McLeod Arrest Book-In Report, December 18, 2019

Ex. 20 SBI Trajectory scan

Ex. 101 United States Marshal Service MOU with MCSO

Ex. 104 Nicholas McLeod Arrest Histories

Ex. 106-B HSI and USMS supplemental discovery

Ex. 106-C HSI 184 Smith email December 5, 2019

Ex. 108-1 Gary Wayne Gurley December 2, 2019 arrest

Ex. 108-2 Gurley December 18, 2019 arrest

Ex. 108-3 Gurley to be served in jail

Ex. 111 HSI The Grinch Ops plan

Ex.117  Rebecca Miller MCSO email to Smith December 18, 2019

*Second group:*

Ex. 200 USMS Enforcement Operations SOPs

Ex. 204 USMS Policy Directive. 8.9 Arrests

Ex. 210 BCSO MOU with United States Marshal Service

Ex. 211 AL DOC MOU with USMS

Ex. 215 USA interrogatory answers

Ex. 219-1 Beau Bartel draft Report of Investigation

Ex. 221 Mark Perry arrest

Ex. 221-1 Mark Perry jail card

Ex. 222 USMS docs Jan. 25 2023

Ex. 224 MCSO Ops plan

Ex. 250 Rebecca Miller emails to Smith December 18, 2019

Ex. 251 MCSO screenshot RWA'd

Ex. 257 Rebecca Miller Email December 20 2019 to Terri Hall MCSO.

Ex. 262 MCSO NPS 317-347 Nicholas McLeod file

Ex. 274 HSI 000154-173,  January 9, 2020 case closing report

Ex. 275 Homeland Security Investigations 000181-191

Ex. 276 HSI 000112 email December 6, 2019

Ex. 280 Matt Chakwin (HSI) affidavit

Ex. 281 Jonathan Phillips (HSI) affidavit

Ex. 288 Matthew Sullivan - SBI interview transcript

Ex. 294 Matthew Sullivan - SBI statement

4. Deposition transcripts are filed under seal in two groups:

*First group:*

Beau Bartel deposition

Austin Welch deposition

John Skipper deposition

Scott Fondren deposition

Sgt. David Smith deposition

Raylene Busby deposition

*Second group:*

P.J. Lavoie deposition

Rebecca Miller deposition

Lt. Patrick White deposition

Deidra Greene deposition

Kristen Hurst Gillespie deposition

Captain Rassie Smith deposition

Marty Irvin deposition

Dr. Arthur Spiro deposition

Jeanette McKay deposition

Ann Rylee McLeod deposition

Christopher McLeod deposition

Matthew Sullivan deposition

/s/ Arthur J. Madden, III
Arthur J. Madden, III (MADDA0656)
Madden & Soto
465 Dauphin St.
Mobile, AL 36602
251/432-0380
ajmadden@maddenandsoto.com
COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024 I served a true and correct copy of the foregoing by filing the document through the Court's CM/ECF system which will serve a copy on all counsel of record.

/s/Arthur J. Madden III
Arthur J. Madden, III