IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN RYLEE McLEOD, | : |
| Plaintiff, | : |
| v. | : NO.: 1:20-cv-00595-JB-MU |
| UNITED STATES OF AMERICA, et al., | : |
| Defendants. | : |

NOTICE OF CONVENTIONAL FILING

The Plaintiff gives notice that the following exhibits, previously served on counsel for all parties (doc 354), have been conventionally filed:

Ex. 15 WPMI Video recordings and metadata;

Ex. 21 SBI Scene Scan Walk Through

Ex. 293 USA Hospital Video

/s/ Arthur J. Madden, III
Arthur J. Madden, III (MADDA0656)
Madden & Soto
465 Dauphin St.
Mobile, AL 36602
251/432-0380
ajmadden@maddenandsoto.com
COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2024 I served a true and correct copy of the foregoing by filing the document through the Court's CM/ECF system which will serve a copy on all counsel of record.

                                        /s/Arthur J. Madden III
                                        Arthur J. Madden, III