IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN RYLEE MCLEOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-00595-JB-MU |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Pre-Trial Conference is hereby rescheduled for **Tuesday, October 15, 2024** at **9:30 a.m**., before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL. Jury Selection is currently set for **October 29, 2024 8:45 a.m.** and this action will be tried during the **November 2024** civil term.

**DONE and ORDERED** this 11th day of June, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE