# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANN RYLEE MCLEOD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-00595-JB-MU |
| | ) |
| **UNITED STATES OF AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Pre-Trial Conference is hereby rescheduled for **Tuesday, January 7, 2025** at **11:00 a.m.**, before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL. This action will be tried during the **February 2025** civil term as a bench trial. If there are any amendments, Rule 26(a)(3) Disclosures are due 12/16/2024, and the Joint Pretrial Document is due 12/23/2024.

**DONE and ORDERED** this 16th day of October, 2024.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE