IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANN RYLEE MCLEOD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-00595-JB-MU |
| | ) |
| **UNITED STATES OF AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Pre-Trial Conference is hereby rescheduled for **Tuesday, April 15, 2025** at **9:00 a.m.**, before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL. This action will be tried during the **May 2025** civil term as a bench trial. If there are any amendments, Rule 26(a)(3) Disclosures are due **3/25/2025**, and the Joint Pretrial Document is due **4/8/2025**.

**DONE and ORDERED** this 21st day of February, 2025.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE